298

## SUELL et al. v. STATE.

No. 19089.

Court of Criminal Appeals of Texas.

June 9, 1937.

Joe Ellington, of Center, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for five years.

The record is before this court without statement of facts or bills of exception. The indictment appears regular and regularly presented. No error has been perceived or pointed out, the judgment of the trial court is affirmed.

## TALIAFERRO v. STATE.

No. 19114.

Court of Criminal Appeals of Texas.

June 9, 1937.

Traylor Russell, of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. In the absence of the evidence heard before the trial court, we are unable to appraise the matters presented in the motion for new trial.

No error having been perceived justifying a reversal of the conviction, the judgment is affirmed.